No. 357. MANEJA ET AL. *v.* WAIALUA AGRICULTURAL Co., LTD.; and

No. 358. WAIALUA AGRICULTURAL Co., LTD. *v.* MANEJA ET AL. Certiorari, 348 U. S. 870, to the United States Court of Appeals for the Ninth Circuit. The motion for leave to file brief of American Farm Bureau Federation, as *amicus curiae,* is granted. *Paul E. Mathias* for movant.

No. 394. IN RE LEVY. Certiorari, 348 U. S. 887, to the United States Court of Appeals for the Fifth Circuit. The motion for leave to file brief of the Houston Bar Association, as *amicus curiae,* is granted. *Leroy Denman Moody* for movant.

No. 478, Misc. RADIO CORPORATION OF AMERICA *v.* IGOE, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus or other appropriate relief denied. *Adlai E. Stevenson* and *John T. Cahill* for petitioner. *Thomas C. McConnell* for respondents.

No. 377, Misc. IN RE HUNT. Application for certificate of probable cause denied.

No. 400, Misc. ELLIOTT *v.* SUPREME COURT OF MICHIGAN;

No. 415, Misc. CRABTREE *v.* UNITED STATES; and

No. 453, Misc. BANKS *v.* DENMAN, CHIEF JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 418, Misc. FOXALL *v.* RAGEN, WARDEN, ET AL.; and

No. 446, Misc. JAMES *v.* UNITED STATES. Motions for leave to file petitions for writs of certiorari denied.